UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES F. RINALDI,
        Petitioner,

v.                              C.A. No. 04-40115-JLT

DAVID L. WINN,
        Respondent.

PROCEDURAL ORDER

On June 16, 2004, petitioner James Rinaldi, an inmate at FMC Devens, filed a petition for a writ of habeas corpus under Section 2241. Although a cover letter accompanying the petition stated that Rinaldi was forwarding the filing fee, no filing fee has yet been received by the Court.

ANALYSIS

A party filing a Section 2241 habeas corpus petition must either (1) pay the $5 filing fee for habeas corpus actions or (2) if he or she lacks sufficient funds to pay the filing fee, file an application to proceed without prepayment of fees. See 28 U.S.C. § 1914(a) (filing fees); § 1915 (proceedings in forma pauperis). An application for waiver of the filing fee must be accompanied by a document certifying the amount of funds on deposit to the petitioner's credit at his institution of incarceration. See Rule 1(b) of the Rules Governing Section 2254 Cases (rules may be applied to other habeas petitions at the court's discretion); Rule 3(a) (if a petitioner desires to prosecute petition in forma pauperis, he shall file the affidavit required by § 1915 and a certified statement of amount of funds in prisoner's institutional account); 28 U.S.C. § 1915(a)(2). For the convenience of litigants, this Court provides a standardized form for fee waiver applications.

Because Rinaldi has not paid the filing fee or submitted an application to waive the filing fee, he shall be granted additional time to do so.

## CONCLUSION

ACCORDINGLY, if Rinaldi wishes to proceed with this action, he shall, within 42 days of the date of this order, submit the $5 filing fee or, if he lacks the funds to pay the $5 filing fee, he may file an application to waive prepayment of the filing fee with a certified account statement for the 6-month period immediately preceding the filing of this petition. If Rinaldi fails to take either action, this action will be dismissed without prejudice for failure to pay the filing fee.

The Clerk shall send Rinaldi an application to proceed without prepayment of fees and affidavit with this order.

SO ORDERED.

Dated at Boston, Massachusetts, this 26th day of August, 2004.

                              s/ Joseph L. Tauro
                              JOSEPH L. TAURO
                              UNITED STATES DISTRICT JUDGE