UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES F. RINALDI,
    Petitioner,

v.   C.A. No. 04-40115-JLT

DAVID L. WINN,
    Respondent.

O R D E R

TAURO, D. J.

The Clerk of this Court shall serve a copy of the Petition filed in this action, by certified mail, upon (i) David Winn, Warden, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432; AND (ii) the United States Attorney;

The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading.

SO ORDERED.

| | |
|---|---|
| 8/26/04 | s/ Joseph L. Tauro |
| Date | United States District Judge |

(2241servINS.wpd - 09/00)   [2241serv.]