Tawei Kwalo
[illegible address]

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way Suite 2300
Boston, MA 02210

5 September 2004

I am in receipt of Judge [illegible]'s [illegible] regarding my filing fee. I have [illegible] the [illegible] filing fee [illegible] and [illegible] my [illegible] is very busy at the present. [illegible] I am enclosing a copy of the money order that was sent to the court in [illegible] regarding my case. As you can see, there are many errors. First, my name is written as Kwalo instead of Kwaloi. My [illegible] # is [illegible] 37955048 instead of the correct 37955048. Most notably, my case number listed in the original mailing if you from the district court as "4:04-cv-40115-JLT" is written as "404CU40NJLT" on the money order. If this money order will be accepted by the court, I thank you. If not, please let me know and if possible extend the deadline. I am also writing to the person who sent the money order and [illegible] may resubmit or [illegible] get another. But I do not want to lose my [illegible] at this case over $5.00.

Sincerely,

[signature]
Tawei F. Kwalo



Here is you a copy. of what
I sent to U.S. District Court, (clerk)
For Filing Fee.