## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES F. RINALDI, ) | |
| ) | Civil Action No. 04-40115-JLT |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID L. WINN, Warden, ) | |
| ) | |
| Respondent. ) | |

### NOTICE OF APPEARANCE

To the Clerk:

    Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for the respondent, David L. Winn, Warden.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                          By:  /s/ Mark T. Quinlivan
                                      MARK T. QUINLIVAN
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      John Joseph Moakley U.S. Courthouse
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      617-748-3606

Dated: September 27, 2004

### CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing Notice of Appearance, by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    James F. Rinaldi
    37955-048
    FMC - Devens
    42 Patton Drive
    Ayer, MA 01432

This 27th day of September 2004.

                                        /s/ Mark T. Quinlivan
                                      MARK T. QUINLIVAN
                                      Assistant United States Attorney