```
REGNO..: 37955-048  NAME: RINALDI, JAMES FRANK
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 978-796-1000       FTS: N/A
                                                 RACE/SEX...: WHITE / MALE
FBI NUMBER.:                                     DOB/AGE....:
PROJ REL MT: GOOD CONDUCT TIME RELEASE           PAR ELIG DT: N/A
PROJ REL DT: 08-08-2005                          PAR HEAR DT: N/A
------------------------------- ADMIT/RELEASE HISTORY -----------------------------
FCL   ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP  DATE/TIME
DEV   A-DES       DESIGNATED, AT ASSIGNED FACIL 03-23-2004 1247  CURRENT
S18   RELEASE     RELEASED FROM IN-TRANSIT FACL 03-23-2004 1247  03-23-2004 1247
S18   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-23-2004 0731 03-23-2004 1247
BRO   HLD REMOVE  HOLDOVER REMOVED              03-23-2004 0731  03-23-2004 0731
BRO   A-BOP HLD   HOLDOVER FOR INST TO INST TRF 03-16-2004 1353  03-23-2004 0731
B01   RELEASE     RELEASED FROM IN-TRANSIT FACL 03-16-2004 1353  03-16-2004 1353
B01   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-16-2004 0727 03-16-2004 1353
ALF   TRANSFER    TRANSFER                      03-16-2004 0727  03-16-2004 0727

G0002         MORE PAGES TO FOLLOW
```

```
DEVBS                        PUBLIC INFORMATION                *       09-14-200
PAGE 002                        INMATE DATA                    *         14:04:35
                              AS OF 09-14-2004
```
Case 4:04-cv-40115-JLT   Document 8-2   Filed 09/27/2004   Page 2 of 7

```
REGNO..: 37955-048  NAME: RINALDI, JAMES FRANK
COMP NO: 010           ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS           RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                       PHONE..: 978-796-1000    FTS: N/A
ALF    A-DES       DESIGNATED, AT ASSIGNED FACIL  01-06-2004 0641 03-16-2004 0727
B01    RELEASE     RELEASED FROM IN-TRANSIT FACL  01-06-2004 0641 01-06-2004 0641
B01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-06-2004 0544 01-06-2004 0641
LEW    HLD REMOVE  HOLDOVER REMOVED               01-06-2004 0544 01-06-2004 0544
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED   01-05-2004 1843 01-06-2004 0544
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL  01-05-2004 1843 01-05-2004 1843
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-05-2004 0930 01-05-2004 1843
OKL    HLD REMOVE  HOLDOVER REMOVED               01-05-2004 0830 01-05-2004 0830
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   12-05-2003 2010 01-05-2004 0830
2-J    RELEASE     RELEASED FROM IN-TRANSIT FACL  12-05-2003 2110 12-05-2003 2110
2-J    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-25-2003 1757 12-05-2003 2110
CSL    ADMIN REL   ADMINISTRATIVE RELEASE         11-25-2003 1557 11-25-2003 1557
CSL    A-ADMIN     ADMINISTRATIVE ADMISSION       11-25-2003 1551 11-25-2003 1557


G0002        MORE PAGES TO FOLLOW
```

```
REGNO..: 37955-048 NAME: RINALDI, JAMES FRANK
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 978-796-1000    FTS: N/A
PRE-RELEASE PREPARATION DATE: 05-14-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-08-2005 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010

COURT OF JURISDICTION...........: NEVADA
DOCKET NUMBER...................: CR-S-03-144-KJD(LRL)
JUDGE...........................: DAWSON
DATE SENTENCED/PROBATION IMPOSED: 11-07-2003
DATE COMMITTED..................: 01-06-2004
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

G0002        MORE PAGES TO FOLLOW
```

```
REGNO..: 37955-048  NAME: RINALDI, JAMES FRANK
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000   FTS: N/A

                  FELONY ASSESS   MISDMNR ASSESS      FINES           COSTS
NON-COMMITTED.:   $100.00         $00.00              $1,000.00       $00.00

RESTITUTION..    PROPERTY:  NO   SERVICES:  NO         AMOUNT:   $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 899
OFF/CHG: 18:2423(B) TRAVEL WITH INTENT TO ENGAGE IN SEXUAL ACT WITH
         A JUVENILE

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    33 MONTHS


G0002          MORE PAGES TO FOLLOW
```

Case 4:04-cv-40115-JLT   Document 8-2   Filed 09/27/2004   Page 5 of 7

REGNO..: 37955-048 NAME: RINALDI, JAMES FRANK
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000     FTS: N/A
  TERM OF SUPERVISION.............:     3 YEARS
  CLASS OF OFFENSE................: CLASS C FELONY
  DATE OF OFFENSE.................: 03-17-2003

                      --CURRENT COMPUTATION NO: 010

COMPUTATION 010 WAS LAST UPDATED ON 01-08-2004 AT ALF AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 11-07-2003
TOTAL TERM IN EFFECT............:    33 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS       9 MONTHS

G0002          MORE PAGES TO FOLLOW

```
REGNO..: 37955-048 NAME: RINALDI, JAMES FRANK
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000    FTS: N/A
EARLIEST DATE OF OFFENSE........: 03-17-2003

JAIL CREDIT.....................:    FROM DATE       THRU DATE
                                     03-18-2003      11-06-2003

TOTAL PRIOR CREDIT TIME.........: 234
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 129
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 08-08-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 12-15-2005

TYPE OF HEARING.................: NOT ELIGIBLE

G0002         MORE PAGES TO FOLLOW
```

```
  DEVBS              *           PUBLIC INFORMATION                    09-14-2004
PAGE 007 OF 007 *                  INMATE DATA                  Page 7 of 7 14:04:35
                                AS OF 09-14-2004
```
Case 4:04-cv-40115-JLT   Document 8-2   Filed 09/27/2004   Page 7 of 7

```
REGNO..: 37955-048 NAME: RINALDI, JAMES FRANK
COMP NO: 010       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000     FTS: N/A

PROJECTED SATISFACTION DATE.....: 08-08-2005
PROJECTED SATISFACTION METHOD...: GCT REL




S0055            NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```