```
DEVBS  540*23 *          SENTENCE MONITORING          09-14-2004
PAGE 001        *          COMPUTATION DATA           14:05:38
                          AS OF 09-14-2004

       37955-048 NAME: RINALDI, JAMES FRANK


  FBI NO...
  ARS1.....     : DEV/A-DES
  UNIT.....     : H UNIT              QUARTERS.....: H03-321U
  DETAINERS     : NO                  NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 05-14-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-08-2005 VIA GCT REL

                  ---CURRENT JUDGMENT/WARRANT NO: 010

  COURT OF JURISDICTION..........: NEVADA
  DOCKET NUMBER..................: CR-S-03-144-KJD(LRL)
  JUDGE..........................: DAWSON
  DATE SENTENCED/PROBATION IMPOSED: 11-07-2003
  DATE COMMITTED.................: 01-06-2004
  HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
  PROBATION IMPOSED..............: NO

             FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
  NON-COMMITTED.: $100.00       $00.00        $1,000.00     $00.00

             PROPERTY:  NO  SERVICES   NO

-------------------------CURRENT OBLIGATION NO: 010 ---------------
  OFFENSE CODE....: 899
  OFF/CHG: 18:2423(B) TRAVEL WITH INTENT TO ENGAGE IN SEXUAL ACT WITH
           A JUVENILE

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     33 MONTHS
  TERM OF SUPERVISION............:      3 YEARS
  CLASS OF OFFENSE...............: CLASS C FELONY
  DATE OF OFFENSE................: 03-17-2003




          MORE PAGES TO FOLLOW
```

```
DEVBS  540*23 *           SENTENCE MONITORING           09-14-2004
PAGE 002 OF 002 *         COMPUTATION DATA              14:05:38
                          AS OF 09-14-2004

REGNO..: 37955-048  NAME: RINALDI, JAMES FRANK


                          COMPUTATION NO: 010 --

          WAS LAST UPDATED ON 01-08-2004 AT ALF AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN.........: 11-07-2003
TOTAL TERM IN EFFECT...........:    33 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    2 YEARS     9 MONTHS
EARLIEST DATE OF OFFENSE.......: 03-17-2003

                           FROM DATE    THRU DATE
                           03-18-2003   11-06-2003

TOTAL PRIOR CREDIT TIME........: 234
TOTAL INOPERATIVE TIME.........: 0
TOTAL GCT EARNED AND PROJECTED..: 129
TOTAL GCT EARNED...............: 54
STATUTORY RELEASE DATE PROJECTED: 08-08-2005
SIX MONTH /10% DATE............: N/A
EXPIRATION FULL TERM DATE......: 12-15-2005

TYPE OF HEARING.           ...: NOT ELIGIBLE

PROJECTED SATISFACTION DATE... : 08-08-2005
PROJECTED SATISFACTION METHOD. : GCT REL




                     NO PRIOR SENTENCE DATA
```