```
DEVBS  542*22 *          SENTENCE MONITORING            09-14-2004
PAGE 001 OF 001 *           GOOD TIME DATA              14:05:54
                          AS OF  09-14-2004

REGNO...: 37955-048    NAME: RINALDI, JAMES FRANK
ARS 1...: DEV A-DES                                PLRA
COMPUTATION NUMBER..: 010            FUNC..: PRT    ACT DT:
LAST UPDATED: DATE.: 01-08-2004      FACL..: ALF      CALC: AUTOMATIC
UNIT................: H UNIT         QUARTERS............: H03-321U
DATE COMP BEGINS....: 11-07-2003     COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 234            TOTAL INOP TIME.....: 0
CURRENT REL DT......: 10-22-2005 SAT EXPIRES FULL TERM DT: 12-15-2005
PROJ SATISFACT DT...: 08-08-2005 MON PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                ACTUAL SATISF METHOD:
DAYS REMAINING......:                FINAL PUBLC LAW DAYS:

              -------GOOD CONDUCT TIME AMOUNTS--

   START       STOP      MAX POSSIBLE TO    ACTUAL TOTALS   VESTED    VESTED
   DATE        DATE      DIS      FFT       DIS      FFT    AMOUNT    DATE
   03-18-2003  03-17-2004  54      54
   03-18-2004  03-17-2005  54
   03-18-2005  08-08-2005  21

       TOTAL EARNED AMOUNT..............                     54
       TOTAL EARNED AND PROJECTED AMOUNT




          TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```