```
         FUNCTION: LST  SCOPE: REG    EQ 37955-048      OUTPUT FORMAT: FULL
--------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____      THRU _____      DT STS: FROM _____   THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: ___ ___ ___ ___ ___ ___ ___
SUBJECTS: ___ ___ ___ ___ ___ ___ ___
EXTENDED: _ REMEDY LEVEL: ___      RECEIPT: ___     "OR" EXTENSION: ___
RCV  OFC : EQ ___
TRACK: DEPT: ___ ___ ___ ___ ___ ___ ___
       PERSON: _
       TYPE:   _
EVNT FACL: EQ _
RCV FACL.: EQ _
RCV UN/LC: EQ _
RCV QTR..: EQ ___ ___ ___ ___ ___ ___
ORIG FACL: EQ _
ORG UN/LC: EQ ___ ___ ___ ___ ___ ___
ORIG QTR.: EQ ___ ___ ___ ___ ___ ___


G5152        NO REMEDY DATA EXISTS FOR THIS INMATE
```