## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES F. RINALDI, | ) |
| Petitioner, | ) Civil Action No. 04-40115-JLT |
| v. | ) |
| DAVID L. WINN, Warden, | ) |
| Respondent. | ) |

## DECLARATION OF MARK T. QUINLIVAN

I, MARK T. QUINLIVAN, do hereby declare and say:

1. I am an Assistant United States Attorney for the District of Massachusetts, and am lead counsel for the respondent in the above-captioned matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Ruling and Order in Webb v. Deboo, No. 3:03CV961 (PCD) (JGM) (D. Ct. Sept. 22, 2004).

3. Attached hereto as Exhibit 2 is a true and correct copy of a Memorandum and Order in Muratella v. Veltri, Civ. No. 04-456-WDS (S.D. Ill. Sept. 2, 2004).

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

/s/ Mark T. Quinlivan
MARK T. QUINLIVAN

Dated: September 27, 2004