

## UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS  02210

October 7, 2004

Mr. James Rinaldi
37955-048
FMC Devens
P.O. Box 879
Ayer, MA  01432

    Re: <u>Rinaldi v. Winn</u>, C.A. No. 04-40115-JLT

Dear Mr. Rinaldi:

    I am responding to your letter dated September 8, 2004 in which you inquire whether payment of the $5 filing for this action has been received.

    The Court's records indicate that payment of the $5 filing fee was received on October 5, 2004, and received receipt number 59059. I enclose a copy of the docket sheet for this action, which indicates payment of the filing fee.

    I trust that this letter has addressed your concerns.

                                       Very truly yours,

                                       s/ Linn A. Weissman

                                       Linn A. Weissman
                                       Pro Se Office

 

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS  02210

October 7, 2004

Mr. James Rinaldi
37955-048
FMC Devens
P.O. Box 879
Ayer, MA  01432

    Re: <u>Rinaldi v. Winn</u>, C.A. No. 04-40115-JLT

Dear Mr. Rinaldi:

    I am responding to your letter dated September 8, 2004 in which you inquire whether payment of the $5 filing for this action has been received.

    The Court's records indicate that payment of the $5 filing fee was received on October 5, 2004, and received receipt number 59059. I enclose a copy of the docket sheet for this action, which indicates payment of the filing fee.

    I trust that this letter has addressed your concerns.

                                    Very truly yours,

                                      s/ Linn A. Weissman

                                      Linn A. Weissman
                                      Pro Se Office

 

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS  02210

October 7, 2004

Mr. James Rinaldi
37955-048
FMC Devens
P.O. Box 879
Ayer, MA  01432

    Re: <u>Rinaldi v. Winn</u>, C.A. No. 04-40115-JLT

Dear Mr. Rinaldi:

    I am responding to your letter dated September 8, 2004 in which you inquire whether payment of the $5 filing for this action has been received.

    The Court's records indicate that payment of the $5 filing fee was received on October 5, 2004, and received receipt number 59059. I enclose a copy of the docket sheet for this action, which indicates payment of the filing fee.

    I trust that this letter has addressed your concerns.

                          Very truly yours,

                           s/ Linn A. Weissman

                           Linn A. Weissman
                           Pro Se Office