UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JAMES F. RINALDI**
        Petitioner

      v.

**DAVID L. WINN, Warden**
        Respondent

CIVIL ACTION
NO.   04-40115-JLT

### O R D E R

On September 27, 2004, the Respondent filed a Motion to Dismiss the above Petition for Writ of Habeas Corpus. The Petitioner's response, if any, is to be filed with the Clerk of this Court on or before November 26, 2004.


**October 7, 2004**              / s / Jolyne D'Ambrosio
Date                             Deputy Clerk