UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES F. RINALDI,                    )
                                     )
              Petitioner,            )
        v.                           )          CIVIL ACTION
                                     )          NO. 04-40115-JLT
DAVID L. WINN, Warden,               )
                                     )
              Respondent.            )

## **ORDER**

The Petitioner having failed to file an opposition to the Respondent's Motion to

Dismiss by November 26, 2004 as ordered by the court on October 7, 2004, it is hereby

ORDERED that the Petitioner's opposition, if any, shall be filed on or before January 10,

2005 or the case will be subject to dismissal for lack of prosecution.


                               ___/ s / Judith Gail Dein_____
                               Judith Gail Dein
                               United States Magistrate Judge
DATED:  December 10, 2004