UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES F. RINALDI, </br></br>Petitioner, </br></br>v. </br></br>DAVID L. WINN, Warden, </br></br>Respondent. | Civil Action No. 04-40115-JLT/JGD |

**NOTICE OF RECENT DECISION**

The respondent, David L. Winn, Warden of the Federal Medical Center, Devens, hereby provides notice to the Court of the decision of the United States Court of Appeals for the First Circuit in Perez-Olivo v. Chavez, No. 04-1486 (1st Cir. Jan. 7, 2005), a copy of which is attached. In deciding the issue presently before this Court, the First Circuit found that the 18 U.S.C. § 3624(b)(1) was ambiguous under Chevron U.S.A., Inc. v. Natural Resources Defense Council, 467 U.S. 837 91984), and that the Bureau of Prison's interpretation of that statute was reasonable. See Slip op. at 2, 5-16. The First Circuit's decision in Perez-Olivo is consistent with the argument advanced in the Memorandum in Support of Respondent's Motion to Dismiss, at pages 13-14, definitively resolves the question presented by this case, and compels the dismissal of Mr. Rinaldi's habeas petition.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ Mark T. Quinlivan
        MARK T. QUINLIVAN
        Assistant U.S. Attorney
        United States Attorney's Office
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        617-748-3606

Dated: January 13, 2005

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing Notice of Recent Decision, by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

James F. Rinaldi
37955-048
FMC - Devens
42 Patton Drive
Ayer, MA 01432

This 13th day of January 2005.

        /s/ Mark T. Quinlivan
        MARK T. QUINLIVAN
        Assistant U.S. Attorney