UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>James F. Rinaldi</u><br>　　　　Petitioner<br><br>　　　　V.<br><br><u>David L. Winn, Warden</u><br>　　　　Respondent | CIVIL ACTION<br><br>NO. <u>04-cv-40115 JLT</u> |

## <u>JUDGMENT</u>

<u>　Tauro,　D. J.　</u>

In accordance with the Court's Endorsement dated <u>September 6, 2005</u> adopting the Magistrate Judge's Report and Recommendation of <u>August 18, 2005</u>, granting the petitioner's Motion to Dismiss, it is hereby ORDERED:

Judgment for the <u>　Respondent　</u>.

　　　　　　　　　　　　　　　　　　　By the Court,

<u>　September 7, 2005　</u>　　　　　　　<u>/s/ Kimberly M. Abaid　</u>
　　Date　　　　　　　　　　　　　　　Deputy Clerk

(R&R Judgment.wpd - 12/98)